**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                          **DATE:** July 8, 2015
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** Ralph Florio

**TITLE OF CASE:**                                          **DOCKET # 14-261**
UNITED STATES OF AMERICA
                    vs.
Dante Horne

**DEFT. PRESENT**

**APPEARANCES:**
Lucy Muzzy, AUSA for Government
Brooke Barnett, Esq. for Defendant
David Sternberg, Probation Officer

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – 70 months with recommendation(s) to the Bureau of Prisons.
Ordered defendant to voluntary surrender to the institution upon designation.
Supervised Release – 3 years with special conditions; alcohol/drug testing and treatment; prohibitions on gang/criminal associations.
Order of forfeiture of handgun and ammunition entered.
Special Assessment – 100.00
Defendant advised of right to appeal.

**Time Commenced:** 10:00
**Time Adjourned:** 10:45
**Total Time:** 45 min

                                                            S/RoseMarie Olivieri-Guilloty
                                                             DEPUTY CLERK